UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

YISROEL KATZOFF                                    12 CV 1965 (ENV) (RLM)

                Plaintiff,

     -against-

CREDITORS INTERCHANGE
RECEIVABLE MANAGEMENT, LLC

                Defendant.
-----------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients (defendant not having appeared), that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed without prejudice and without costs to either party.


*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:


_____
U.S.D.J.